

# Fourth Court of Appeals
## San Antonio, Texas

December 18, 2018

No. 04-18-00574-CV

**IN THE INTEREST OF H.N.H. AND H.J.H., CHILDREN**,

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 15-179CCL
Honorable Bill R. Palmer, Judge Presiding

## O R D E R

The reporter's record was due October 25, 2018. However, on October 18, 2018, Ms. Grossman filed a notification of late record, stating she would need additional time to complete the record because there was an "error made on a number of trial dates" and she had not been fully paid for the record. In response to Ms. Grossman's notification, appellant filed a letter, verifying he paid an additional amount requested by Ms. Grossman. We therefore ordered Ms. Grossman to file her portion of the reporter's record in this court on or before November 30, 2018. However, rather than filing her portion of the record, Ms. Grossman filed another notification of late record, requesting an extension until December 31, 2018 to file her portion of the record. After consideration, we **GRANT** Ms. Grossman's request for an extension and **ORDER** Ms. Grossman to file her portion of the record **on or before December 31, 2018**.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court